Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET TRANSACTION SERVICES, INC., et al.,<br><br>Defendants. | Case No. 2:21-cv-06582-JFW (KSx)<br><br>**RECEIVER'S NOTICE OF JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH NON-PARTIES HENRY LOCONTI AND GLOBAL PAY LLC**<br><br>JUDGE:   Hon. John F. Walter<br>CTRM:    7A<br>DATE:    December 12, 2022<br>TIME:    1:30 p.m. |

TO THE HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 12, 2022 at 1:30 p.m. in Courtroom 7A of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California, Thomas W. McNamara, the Court-appointed receiver of the Receivership Entities, will present the Joint Motion to Approve Settlement Agreement with Non-Parties Henry LoConti and Global Pay LLC.

1    The applicability of Local Rule 7-3 to this joint motion is unclear as the

2 parties are unaware of any "opposing party" to this joint motion and all Defendants

3 have settled or had default judgments entered against them.  However, Counsel for

4 the United States of America has stated they have no opposition to this motion.

5    This motion is supported by this notice of motion and motion, all pleadings

6 and records on file, and any argument heard hereon.

7

8 Dated: November 14, 2022            MCNAMARA SMITH LLP

9

10                                   By:    /s/ Andrew M. Greene
                                     Andrew M. Greene
11                                   *Attorneys for Receiver,*
                                     *Thomas W. McNamara*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

I further certify that I have caused the foregoing to be emailed, with consent, to the following non-CM/ECF participant:

Erik L. Walter
Dworken & Bernstein Co., LPA
60 South Park Place
Painesville, Ohio 44077
Tel.:  440-352-3391
ewalter@dworkenlaw.com
*Attorneys for Henry LoConti
and Global Pay LLC*

_/s/ Andrew M. Greene_____
Andrew M. Greene
*Attorney for Receiver,
Thomas W. McNamara*