UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>INTERNET TRANSACTION SERVICES, INC., et al.,<br><br>             Defendants. | Case No. 2:21-cv-06582-JFW (KSx)<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH NON-PARTIES HENRY LOCONTI AND GLOBAL PAY LLC** |

Thomas W. McNamara, as Court-appointed Receiver, has applied to the Court for approval of the Settlement Agreement with Non-Parties Henry LoConti and Global Pay LLC.

Having reviewed the joint motion of the Receiver and Non-Parties Henry LoConti and Global Pay LLC, the Settlement Agreement attached to the joint motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the Settlement Agreement is hereby APPROVED. The Court shall retain jurisdiction over the interpretation and enforcement of the agreement.

**IT IS SO ORDERED.**

DATED this 5th day of December, 2022.

_____
Hon. John F. Walter
United States District Judge