UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>INTERNET TRANSACTION SERVICES, INC., et al.,<br><br>          Defendants. | Case No. 2:21-cv-06582-JFW (KSx)<br><br>**JUDGMENT AGAINST THEODORE SAPPERSTEIN, HAYES CONSULTING LLC, AND HAYES MARKETS LLC** |

The Court having reviewed and considered the Receiver's *Ex Parte* Application for Entry of Judgment by Confession Against Theodore Sapperstein, Hayes Consulting LLC, and Hayes Markets LLC, the Memorandum of Points and Authorities, the Declaration of Andrew M. Greene, and having reviewed and considered the Confession of Judgment and Attorney Certificate re: Confession of Judgment, and good cause shown,

**IT IS THEREFORE ORDERED** that:

Judgment is hereby entered in favor of Thomas W. McNamara, the Court-appointed Receiver for Add-On Coupon Services; Aurora Cloud Storage, Inc.; Be a Kloud LLC; Blue Water LLC; Cardservice Western States; CBX International Inc. (Delaware); CBX International, Inc. (Florida); Cloud Force Systems; Coupon Ad Services; Coupons Unlimited; Delta Cloud LLC; Discount Coupon Sales; Dollar Web Sales Inc.; Dollar Web Sales LLC; Eastgate View LLC; ECloud Secure; ECloud Secure LLC; Gigatech; Idata; IData Clouds; I-Data Kloud; iKalls, LLC; Internet Transaction Services, Inc.; Intertrans.com, Inc.; I-Support Group LLC; ITeck LLC; ITeck-Cloud, Inc.; Level 2 Trading Inc.; Merchant Coupon Sales; My Kloud Box LLC; MyTerabyte LLC; Newagecloudservices LLC; NRG Support LLC; PCUpdate; Redeem Coupons; Redeem Coupons Now; Remote Digital Safe Box LLC a/k/a Remote Digital Safe LLC; Silver Safe Box Inc.; Silver Safe Box LLC; Storage VPN LLC; Streaming Coupons; Tech Connect; Unlimited Tech Direct; VPN Me Now LLC; and Wholesale Affiliate ("Plaintiff") and against Theodore Sapperstein, Hayes Consulting LLC, and Hayes Markets LLC, in the amount of Ninety-Nine Thousand, Nine Hundred Ninety-Nine Dollars and Ninety-Nine Cents ($99,999.99), which Judgment shall accrue interest at the legal rate from the time of entry until paid.

**IT IS SO ORDERED.**

DATED this 10th day of February, 2023.

_____
Hon. John F. Walter
United States District Judge