# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES -- GENERAL

Case No.   **CV 21-6582-JFW(KSx)**                                Date: December 11, 2023

Title:   United States of America -v- Internet Transaction Services, Inc.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                                None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER VACATING SCHEDULING CONFERENCE AND ADMINISTRATIVELY CLOSING ACTION**

   Based on the Report of Plaintiff United States of America filed on December 7, 2023 (Docket No. 162), the Court **VACATES** the Scheduling Conference currently scheduled for December 18, 2023 at 1:15 p.m.  The Clerk is ordered to administratively close this action.  The Receivership shall be maintained until such time as any concerns regarding the ongoing maintenance of Receivership records are resolved and the Receiver seeks discharge.


   IT IS SO ORDERED.